IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TOMMY BRYANT                                                                PETITIONER

VERSUS                                            CIVIL ACTION NO. 5:06cv189DCB-MTP

CONSTANCE REESE                                                          RESPONDENT

ORDER

This cause comes before this court on review of the petitioner's response [7-1]. Having reviewed the petitioner's response as well as his petition, this court finds that he fails to identify the name of the case(s) that he is relying on to support his statement that "[o]n January 12, 2005, the Supreme Court unconditionally admitted that the Sixth Amendment is violated when an enhanced sentence is based upon the judge's determination of fact, other than prior conviction that is found by the jury nor admitted by defendant" (Pet. p. 3). Therefore, the petitioner is required to provide that information to this court in a written response. Accordingly, it is

ORDERED AND ADJUDGED:

1. That the petitioner within 20 days from the date of this order file a written response and state the name of the case(s) or statute(s) which the petitioner relies on to support his claim "that the Sixth Amendment is violated when an enhanced sentence is based upon the judge's determination of fact other than prior conviction that is found by the jury nor admitted by defendant."

2. That the petitioner is further warned that failure to advise this office of his change of address may result in this case being dismissed.

SO ORDERED this the 2nd day of February, 2007.

*s/ Michael T. Parker*
UNITED STATES MAGISTRATE JUDGE