IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TOMMY BRYANT                                                                                          PETITIONER

VS.                                                                      CIVIL ACTION NO. 5:06cv189DCB-MTP

CONSTANCE REESE, WARDEN                                                                   RESPONDENT

## **FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal.  Pursuant to the memorandum opinion and order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed with prejudice as to the jurisdictional issue only, and without prejudice regarding all other issues.

SO ORDERED AND ADJUDGED, this the   30th   day of    April     , 2007.


                                                                    s/ David Bramlette
                                                        UNITED STATES DISTRICT JUDGE